IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALBERT JASO, | ) | 4:19CV3106 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| DAWSON COUNTY SHERRIFFS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. The above-captioned matter has been provisionally filed on October 28, 2019. (Filing 1) However, due to certain technical defects, the Complaint cannot be further processed until such defects are corrected. To assure further consideration of the Complaint, Plaintiff must correct the defect listed below. FAILURE TO CORRECT THE DEFECT MAY RESULT IN DISMISSAL OF THE PETITION.

**Plaintiff has failed to sign the Complaint in accordance with Federal Rule of Civil Procedure 11 and the court's Local Rules. This matter cannot proceed until the Complaint is signed.**

IT IS THEREFORE ORDERED:

1. Plaintiff is directed to correct the above-listed technical defect in the Complaint on or before January 2, 2020.

2. Failure to comply with this Memorandum and Order will result in dismissal of this matter without prejudice and without further notice.

3. The Clerk of the court is directed to set a pro se case management deadline in this matter with the following text: 1/2/2020: deadline for submission of a signed complaint.

4. No further review of this case shall take place until Plaintiff complies with this order.

DATED this 2nd day of December, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge