IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALBERT JASO,<br><br>          Plaintiff,<br><br>vs.<br><br>MARK SCHLECHT, in his individual capacity; OMAR CASTELLANOS, in his individual capacity; and BRETT AREA, in his individual capacity.<br><br>          Defendants. | 4:19CV3106<br><br>**MEMORANDUM<br>AND ORDER** |

      This matter is before the court on Defendants' motion to compel (Filing 50), which was filed on December 3, 2020. In their motion, Defendants request that Plaintiff be ordered to provide full responses to Defendants' Requests for Production (Set I) and Interrogatories (Set I), which were served on September 23, 2020, and that Defendants' Requests for Admissions (Set I), which were served on that same date, be deemed admitted. Copies of these discovery documents have been placed in the record (Filing 51-2), and Defendants have established their good faith attempts to confer with Plaintiff prior to filing the motion to compel. *See* Fed. R. Civ. P. 37(a)(1); NECivR 7.1(j). Plaintiff has failed to respond to the motion.

      After careful review, the court concludes that Defendants' motion should be granted in all respects. *See* Fed. R. Civ. P. 36(a)(3), 37(a)(3).

      IT IS THEREFORE ORDERED that Defendants' motion to compel (Filing 50) is granted, and, accordingly, that:

      1.     Plaintiff shall respond fully to Defendants' Interrogatories Nos. 1 through 9 (Set I) within 30 days of today's date. Failure to comply with the court's order may result in the imposition of sanctions upon the filing of a motion by Defendants. *See* Fed. R. Civ. P. 37(b).

2. Plaintiff shall respond fully to Defendants' Requests for Production Nos. 1 through 3 (Set I) within 30 days of today's date. Failure to comply with the court's order may result in the imposition of sanctions upon the filing of a motion by Defendants. *See* Fed. R. Civ. P. 37(b).

3. Defendants' Requests for Admission Nos. 1 through 20 (Set I) are deemed admitted.

Dated this 29th day of December, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge