IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALBERT JASO,<br><br>    Plaintiff,<br><br>vs.<br><br>MARK SCHLECHT, in his individual capacity; OMAR CASTELLANOS, in his individual capacity; and BRETT AREA, in his individual capacity,<br><br>    Defendants. | 4:19CV3106<br><br><br>**ORDER** |

    IT IS ORDERED that Defendants' motion for sanctions and/or to continue progression deadlines (Filing 55) is granted in part and denied in part, as follows:

    1.    The case progression schedule (Filing 29) is stayed, and the final pretrial conference scheduled for April 8, 2021, is cancelled. The conference will be rescheduled as needed.

    2.    In all other respects, Defendants' motion is denied without prejudice.

    Dated this 2nd day of March, 2021.

                                              BY THE COURT:

                                              *Richard G. Kopf*
                                              Richard G. Kopf
                                              Senior United States District Judge